United States District Court
Southern District of Texas
**ENTERED**
July 19, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Government, | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-15-614-5 |
| | § | |
| IFEOMA J. ADAMOLEKUN, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The defendant filed an unopposed motion to extend the presentence report deadlines. (Docket Entry No. 199). The motion is granted. The presentence report must be disclosed by August 31, 2017. Objections to the report are due by September 18, 2017. The sentencing hearing is reset to **October 3, 2017 at 9:30 a.m.**

SIGNED on July 19, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge